## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**DEBRA GUILLOT**                                                    **PLAINTIFFS**

**VS.**                                              **CAUSE NO: 3:07CV126-HTW-LRA**

**LARRY KRIEGER, AND WAGNER**
**TRUCKING, INC.**                                                  **DEFENDANTS**

**MISSISSIPPI MUSIC & LEMIC**                                       **INTERVENOR**

---

## JUDGMENT

---

This civil action came on for trial beginning July 21, 2009, with the Honorable Judge Henry Wingate presiding, and a jury was duly selected and impaneled, and following the proof and arguments, the jury retired on July 28, 2009, and returned a unanimous verdict of all eight (8) jurors with Mr. Gail Michael McAlpin serving as the foreman of the jury, and announced the verdict as follows:

1.      Do you find from a preponderance of the evidence that the defendants Larry Krieger and Wagner Trucking, Inc. Were negligent in the manner claimed by the plaintiff and that such negligence was the legal cause, or a contributing legal cause of damages to the plaintiff?

     Yes    X

     No    _____

2.      If you have found for the plaintiff, what is the total amount of damages which you find plaintiff has sustained?

  $21,055.01  Past medical expenses of Debra Guillot

  $25,000.00  Past and present pain and suffering of Debra Guillot

| | |
|---|---|
| $    550.00 | Future medical expenses of Debra Guillot |
| $25,000.00 | Past, present and future mental anguish and emotional distress of Debra Guillot |
| $22,428.82 | Past lost wages of Debra Guillot |
| $11,510.00 | Debra Guillot's Incidental medical expenses, such as travel to and from doctors' offices. |
| $105,543.83 | **TOTAL** |

IT IS, THEREFORE, ORDERED AND ADJUDGED that a judgment be entered in favor of the Plaintiff, Debra Guillot, against the Defendants, Larry Krieger and Wagner Trucking, Inc. in the sum of $105,543.83.

SO ORDERED, this the 31st day of August, 2009.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

Civil Action No. 3:07-cv-126 HTW-LRA

Approved:

s/ John D. Giddens
Phillip Thomas, Esq.
John D. Giddens, Esq.
Mary Betsy Cotton, Esq.
John D. Giddens, P.A.
P.O. Box 22546
Jackson, MS 39225-2546
Counsel for Plaintiff

s/ Robert P. Thompson
Robert P. Thompson, Esq.
Caryn A. Milner, Esq.
COPELAND, COOK, TAYLOR AND BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Counsel for Defendants